UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

PAUL S. HENDERSON,            )    CASE NO. 1:11 CV 219
                              )
    Plaintiff,                )    JUDGE DONALD C. NUGENT
                              )
  v.                          )
                              )    ORDER
CITY OF CLEVELAND, et al.,    )
                              )
    Defendants.               )

       Pursuant to 28 U.S.C. § 1915 and *McGore v. Wrigglesworth*, 114 F.3d 601 (6th Cir. 1997), the total filing fee in the amount of $350 is due. Further, an initial partial fee in the amount of $12.42 is due and should be deducted from plaintiff's prisoner account, when funds are available therein, until the initial partial fee is paid. Thereafter, the prison cashier's office shall deduct, and forward to the court, 20% of the preceding month's income credited to the prisoner's account each time the amount in the account exceeds $10.00 until the full fee has been paid.[1] The

---

[1] The prison cashier's office shall not send payments aggregating more than the amount of the full fee.

Clerk is directed to issue a copy of this order and the attached instructions, which are hereby incorporated herein, to the plaintiff and the prison cashier's office. The Clerk is further directed to forward a copy of this order to the court's financial office.

    IT IS SO ORDERED.

/s/ Donald C. Nugent 3/24/11
DONALD C. NUGENT
UNITED STATES DISTRICT JUDGE

PL-2 (7/96) N.D. OHIO

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

# INSTRUCTIONS FOR PAYMENT OF PRISONER FILING FEE AND SUBSEQUENT INSTALLMENT PAYMENTS

---

The prisoner shown as the plaintiff on the attached order has filed a civil action in forma pauperis in this court and owes the court a filing fee. Pursuant to 28 U.S.C. § 1915, the fee is to be paid as follows:

> The initial partial fee listed on the attached order, **IF ANY**, should be deducted by the prison cashier's office from the prisoner's account, when funds are available therein, until the initial partial fee is paid. A check (or checks) in the appropriate amount(s) should be attached to a form like that accompanying these instructions and sent to the address indicated below.
>
> Following the payment of the initial partial fee, **IF ANY**, and continuing thereafter until the full fee has been paid, monthly payments of 20% of the preceding month's income credited to the prisoner's account should be deducted and forwarded to the court each time the amount in the account exceeds $10.

If the prisoner has filed more than one complaint in this district, (s)he is required to pay a fee in each case. The prison cashier's office shall make the monthly calculations and payments for each case in which it receives an order granting in forma pauperis status and these instructions. **The prisoner's name and case number must be noted on each remittance.**

Checks are to be made payable to:

> **Clerk, U.S. District Court**

Checks are to be sent to:

> **Prisoner Accounts Receivable**
> **Carl B. Stokes U.S. Courthouse**
> **801 W. Superior Avenue**
> **Cleveland, Ohio 44113-1830**

PL-3(7/96)N.D. OHIO

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| PAUL S. HENDERSON, | ) | CASE NO. 1:11 CV 219 |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| v. | ) | |
| CITY OF CLEVELAND, et al., | ) | |
| Defendants. | ) | |

STAPLE CHECK HERE